# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHELLE DOREEN JACKSON, | * | |
| ADC #704376 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:14CV00348-SWW-JTR |
| | * | |
| WOODY JONES, Doctor, | * | |
| Pope County Jail; *et al.,* | * | |
| | * | |
| Defendants. | | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Thomas J. Ray. No objections have been filed.[1] After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff is allowed to proceed with her inadequate medical care claims against Defendant Woody Jones.

2. All other claims and Defendants are DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted.

3. The Clerk of Court shall prepare summons for Defendant Woody Jones and the United States Marshal shall serve a copy of the Summons, Complaint, First Amended Complaint,

---

[1] Plaintiff has only filed a second amended complaint [doc.#9].

and Second Amended Complaint (Docs. 1, 7 & 9), and this Order on her without prepayment of fees and costs or security therefore.

   4.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

  Dated this 25th day of November 2014.

               /s/Susan Webber Wright

               UNITED STATES DISTRICT JUDGE