IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHELLE DOREEN JACKSON,     *
ADC #704376     *
    *
        Plaintiff,     *
v.     *    No. 4:14CV00348-SWW-JTR
    *
    *
WOODY JONES; *et al.*     *

        Defendants.

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Thomas J. Ray. No objections have been filed.[1]  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Graham, Pengaricano, Shaffer, Leryea and Liudmilan are DISMISSED without prejudice due to Plaintiff's failure to state a claim upon which relief can be granted against them.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

---

[1] Plaintiff has, however, filed a Third Amended Complaint [doc.#13].

1

*pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 8th day of January 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE